## POLK v. STATE.   (No. 6145.)

(Court of Criminal Appeals of Texas.   March 2, 1921.)

Criminal law ⊜⊐1131(1)—Appeal abated on proper affidavit of appellant.

Where appellant, who had been convicted of burglary and had appealed therefrom, filed an affidavit in due form asking leave to withdraw his appeal, the appeal will be abated.

Appeal from District Court, Falls County; Prentice Oltorf, Judge.

Basil Polk was convicted of burglary, and he appeals.   Appeal abated.

C. M. Cureton, Atty. Gen., and O. L. Stone, Asst. Atty. Gen., for the State.

LATTIMORE, J.   In this case appellant, who was convicted in the district court of Falls county of burglary and his punishment fixed at confinement in the penitentiary for a term of two years, has filed his affidavit asking leave to withdraw his appeal, and same, appearing to be in due form, is hereby granted, and the appeal herein is abated.